UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-37763 |
|---|---|
| MARK CARROLL BLACKBURN | (Chapter 13) |
| REBECCA ELAINE BLACKBURN | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050451**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 19 | JP MORGAN CHASE<br>7255 BAYMEADOWS WAY<br>MAIL STOP JAXB2007<br>JACKSONVILLE, FL  32256 | 352.14 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/9/2010

Certificate of Service                05-37763

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARK CARROLL BLACKBURN
REBECCA ELAINE BLACKBURN
17065 HEILAND KIES ROAD
BOTKINS, OH  45306-9505

CHRISTOPHER GALLUTIA
1147 FLETCHER DR
REYNOLDSBURG, OH  43068

(15.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(19.1)
JP MORGAN CHASE
7255 BAYMEADOWS WAY
MAIL STOP JAXB2007
JACKSONVILLE, FL  32256

(21.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(20.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(19.4)
RONALD C TAYLOR
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(22.1n)
TYLER B JONES
BRICE VANDER LINDEN & WERNICK
9441 LBJ FREEWAY  SUITE 250
DALLAS, TX  75243

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                sv